US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

NOV 1 3 2024

By Ronald E. Dowling
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 5:24-CR-50060-001 |
| v. | ) | |
| | ) | 18 U.S.C. § 922(a)(1)(A) |
| GREGORY SHAWN BERRY | ) | 18 U.S.C. § 924(a)(1)(D) |

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

As early as January 2022 continuing to on or about July 24, 2024, in the Western District of Arkansas, Fayetteville Division, the defendant, **GREGORY SHAWN BERRY**, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

All in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

A True Bill.

/s/ Grand Jury Foreperson
Grand Jury Foreperson

DAVID CLAY FOWLKES
UNITED STATES ATTORNEY

By: _____
David A. Harris
Assistant U.S. Attorney
414 Parker Avenue
Fort Smith, AR  72901
Telephone: 479-783-5125