# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas
Fayetteville Division

RECEIVED
11/14/2024
US MARSHALS
W/ARKANSAS
12:49 PM

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | No. 5:24-CR-50060-001 |
| | ) | |
| Gregory Shawn Berry | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay **Gregory Shawn Berry**, who is accused of an offense or violation based on the following document filed with the court:

√ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

One Count of Engaging in the Business Without a License (Firearms), in violation of Title 18 U.S.C. §§ 922(a)(1)(A), 923(a) & 924(a)(1)(D).

Date: November 13, 2024

_Ty Caldwell_
*Issuing officer's signature*

City and state: Fort Smith, Arkansas

Ronald E. Dowling, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 11/14/2024, and the person was arrested on *(date)* 11/15/2024 at *(city and state)* Washington County.

Date: 11/15/2024

_Cory Thomas SDUSM_
*Arresting officer's signature*

Cory Thomas SDUSM / ATF
*Printed name and title*