US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

FEB **2 5** 2025

Ronald E. Dowling
By_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 5:24-CR-50060-001 |
| v. | ) |
| | ) 18 U.S.C. § 922(a)(1)(A) |
| | ) 18 U.S.C. § 923(a) |
| | ) 18 U.S.C. § 924(a)(1)(D) |
| | ) 18 U.S.C. § 922(g)(3) |
| | ) 18 U.S.C. § 924(a)(8) |
| | ) 18 U.S.C. § 922(a)(6) |
| GREGORY SHAWN BERRY | ) 18 U.S.C. § 924(a)(2) |

## SUPERSEDING INDICTMENT

The Grand Jury Charges:

## COUNT ONE

*(Engaging in the Business of a Firearm Dealer without a License)*

As early as July 2022 continuing to on or about November 15, 2024, in the Western District of Arkansas, Fayetteville Division, the defendant, **GREGORY SHAWN BERRY**, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

All in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT TWO

*(Possession of Firearms by an Unlawful User of a Controlled Substance)*

On or about November 15, 2024, in the Western District of Arkansas, Fayetteville Division, the defendant, **GREGORY SHAWN BERRY**, knowing that he was then an unlawful user of a

controlled substance as defined in Title 21, United States Code, Section 802, namely marijuana and THC, knowingly possessed any one or more of the following firearms:

1. Wilson Combat, model WC-15F rifle, Caliber: Multi, serial number: WCA48523.

2. Clark Arms, model: AK-47 rifle, Caliber: 5.45mm, serial number: K01168.

3. Century Arms International, model: VSKA rifle, Caliber: 7.62, serial number: SV7096727.

4. KE Arms, model: KP-15 rifle, Caliber: Multi, serial number: KM23505.

5. Midwest Ordinance, model: SKS rifle, Caliber: 7.62x39, serial number: 8901649.

6. Anderson Manufacturing, model: AM-15 pistol, Caliber: Multi, serial number: 23076153.

7. Colt, model: CSR15 rifle, Caliber: .223, serial number: 008979.

8. Anderson Manufacturing, model: AM-15 pistol, Caliber: Multi, serial number: 21396085.

9. Anderson Manufacturing, model: AM-15 pistol, Caliber: Multi, serial number: 21395685.

10. Anderson Manufacturing, model: AM-15 pistol, Caliber: Multi, serial number: 23076190.

11. Colt, model AR-15 A4 rifle, 5.56 caliber, serial number CAR027973.

12. Glock, model 22, .40 S&W caliber pistol, serial number PZH627.

13. Ruger, model Redhawk, .44 caliber revolver, serial number 502-04586.

Said firearms were shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8).

## COUNT THREE

*(False Statement During Purchase of a Firearm)*

On or about March 3, 2024, in the Western District of Arkansas, Fayetteville Division, the defendant, **GREGORY SHAWN BERRY**, in connection with the acquisition and attempted acquisition of any one or more of the following firearms:

1. Anderson Manufacturing, lower receiver, serial number 23076167.

2. Anderson Manufacturing, lower receiver, serial number 23076155.

3. Anderson Manufacturing, lower receiver, serial number 23076194.

4. Anderson Manufacturing, lower receiver, serial number 23076170.

5. Anderson Manufacturing, lower receiver, serial number 23076172.

6. Anderson Manufacturing, lower receiver, serial number 23076190.

7. Anderson Manufacturing, lower receiver, serial number 23076153.

All from Shooters Guns and Ammo, Fayetteville, Arkansas, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, knowingly made a false and fictitious written statement which was intended and likely to deceive the firearms dealer as to a material fact of the lawfulness of the sale of the firearms to the defendant, in that **GREGORY SHAWN BERRY** stated on ATF Form 4473, question 21(f), that he was not an unlawful user of any controlled substance when in truth and fact he was an unlawful user of controlled substances, specifically marijuana and THC.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

# NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

The Grand Jury re-alleges and incorporates by reference herein Counts One through Three of this Superseding Indictment.

Upon conviction of any of the Counts of this Superseding Indictment, the Defendant, **GREGORY SHAWN BERRY**, shall forfeit to the United States pursuant 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense of conviction.

If, as a result of any act or omission of the defendant, any of the property described in the forfeiture allegation,

a.  cannot be located upon the exercise of due diligence;

b.  has been transferred or sold to, or deposited with, a third party;

c.  has been placed beyond the jurisdiction of the Court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property which cannot be divided without difficulty;

the United States shall be entitled to the forfeiture of substitute property under Title 21, United States Code, Section 853(p).

A True Bill.

DAVID CLAY FOWLKES
UNITED STATES ATTORNEY

*/s/Grand Jury Foreperson*
Grand Jury Foreperson

By: _____
David A. Harris
Assistant U.S. Attorney
414 Parker Avenue
Fort Smith, AR  72901
Telephone: 479-783-5125